| | |
|---|---|
| 1 | **CLARKSON LAW FIRM, P.C.** |
| | Ryan J. Clarkson (SBN 257074) |
| 2 | *rclarkson@clarksonlawfirm.com* |
| | Bahar Sodaify (SBN 289730) |
| 3 | *bsodaify@clarksonlawfirm.com* |
| | Alan Gudino (SBN 326738) |
| 4 | *agudino@clarksonlawfirm.com* |
| | Ryan D. Ardi (SBN 348738) |
| 5 | *rardi@clarksonlawfirm.com* |
| | 22525 Pacific Coast Highway |
| 6 | Malibu, CA 90265 |
| | Telephone: (213) 788-4050 |
| 7 | Facsimile: (213) 788-4070 |
| 8 | *Counsel for Plaintiffs* |
| 9 | **WINSTON & STRAWN LLP** |
| | Shawn R. Obi (SBN 288088) |
| 10 | *sobi@winston.com* |
| | 333 South Grand Avenue, 38th Floor |
| 11 | Los Angeles, CA 90071 |
| | Telephone: (213) 615-1700 |
| 12 | Facsimile: (213) 615-1750 |
| 13 | [Additional counsel on signature block] |
| 14 | *Counsel for Defendant* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL OLMOS, DAVID SALAZAR, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>T. MARZETTI COMPANY,<br><br>Defendant. | Case No. 2:21-cv-3159-JAK-MRW<br><br>District Judge John A. Kronstadt<br>Magistrate Judge Michael R. Wilner<br><br>**STIPULATION OF DISMISSAL OF THE ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>Complaint Filed:  February 16, 2021<br>Removed:          April 13, 2021<br>FAC Filed:         June 3, 2021<br>SAC Filed:         March 16, 2023 |

1

STIPULATION OF DISMISSAL

1  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure,
2  Plaintiffs Rachel Olmos and David Salazar ("Plaintiffs") and Defendant T. Marzetti
3  Company ("Defendant"), through their respective counsel, hereby stipulate to dismiss
4  the above-entitled action with prejudice as to the named Plaintiffs and without
5  prejudice as to the putative class.

6  **IT IS SO STIPULATED.**

8  DATED: May 8, 2023          Respectfully submitted,

                                **CLARKSON LAW FIRM, P.C.**

                                By:   */s/ Bahar Sodaify*
                                      Ryan J. Clarkson, Esq.
                                      Bahar Sodaify, Esq.
                                      Alan Gudino, Esq.
                                      Ryan D. Ardi, Esq.

                                *Counsel for Plaintiffs*

16  DATED: May 8, 2023          **WINSTON & STRAWN LLP**

                                By:   */s/ Sean H. Suber*
                                      Ronald Y. Rothstein
                                      (Admitted Pro Hac Vice)
                                      rrothstein@winston.com
                                      Sean H. Suber
                                      (Admitted Pro Hac Vice)
                                      ssuber@winston.com
                                      35 West Wacker Drive
                                      Chicago, IL 60601
                                      Telephone: (312) 558-5600
                                      Facsimile: (312) 558-5700

                                **WINSTON & STRAWN LLP**
                                Shawn R. Obi, Esq.

                                *Counsel for Defendant*

# ATTESTATION OF FILER

Pursuant to Local Rule 5-4.3.4, the undersigned filer hereby attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 8, 2023          **CLARKSON LAW FIRM, P.C.**

<u>*/s/ Bahar Sodaify*</u>
By: Bahar Sodaify

*Counsel for Plaintiffs*