1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL OLMOS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> T. MARZETTI COMPANY, <br><br> Defendant. | No. 2:21-cv-03159-JAK (MRWx) <br><br> **ORDER RE STIPULATION OF DISMISSAL OF THE ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS (DKT. 89)** <br><br> **JS-6: CASE TERMINATED** |

1

1  Based on a review of the Stipulation of Dismissal of the Action with Prejudice as
2  to the Named Plaintiffs and Without Prejudice as to the Putative Class (the "Stipulation"
3  (Dkt. 89)), sufficient good cause has been shown for the requested relief. Therefore, the
4  Stipulation is **APPROVED**, as follows:

5  This action is dismissed in its entirety with prejudice as to Plaintiffs Rachel Olmos
6  and David Salazar's claims and without prejudice as to the claims of any putative class
7  members pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated:  May 9, 2023    _____

John A. Kronstadt

United States District Judge

2